EAGLE OIL & GAS CO., Appellant

v.

TRO–X, L.P., Appellee.

and

TRO–X, L.P., Cross–Appellant

v.

Eagle Oil & Gas Partners, LLC, Cross–Appellee.

No. 11–11–00290–CV.

Court of Appeals of Texas, Eastland.

April 24, 2014.

■

Brett Kutnick, Deborah G. Hankinson, Jennifer Rangel Stagen, Hankinson LLP, Dallas, John A. Jad Davis, Jacob M. Davidson, Davis, Gerald & Cremer, P.C., Midland, for Appellant.

Rick G. Strange, W. Bruce Williams, W. Clark Lea, Cotton, Bledsoe, Tighe & Dawson, P.C., Midland, for Appellee.

Panel consists of: WRIGHT, C.J., BAILEY, J., and McCALL.[1]

## OPINION ON MOTION FOR REHEARING

PER CURIAM.

TRO–X, L.P. has filed a motion for rehearing in this court. In its motion, TRO–X reaffirms its previous issues and also requests that we correct the opinion and modify the judgment issued in this cause on October 31, 2013. TRO–X takes issue with the following statement from this court's original opinion: "There was never any production on properties covered by the New Prospects Agreement, and the leases were not otherwise kept alive and, ultimately, expired." We agree with TRO–X that the record does not reflect that *all* of the leases expired, and we issue this opinion to note that correction.

TRO–X additionally requests that this court modify the judgment to reflect that TRO–X is entitled to receive record title to TRO–X's beneficial interests held in trust by Eagle Oil & Gas Co. or, alternatively, that this court remand the cause to the trial court for further proceedings. We decline these requests. The record reflects that, at trial, TRO–X did not seek record title of these interests and that TRO–X's pleadings would not support such a judgment. A judgment must be supported by the pleadings. *Cunningham v. Parkdale Bank,* 660 S.W.2d 810, 813 (Tex. 1983); *see Ropa Exploration Corp. v. Barash Energy, Ltd.,* No. 02–11–00258–CV, 2013 WL 2631164, at *13 (Tex.App.-Fort

---

1. Terry McCall, Retired Justice, Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.

Worth June 13, 2013, pet. denied) (mem. op.).

The motion for rehearing is denied.

WILLSON, J., not participating.